UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE A. MARTINO VALDES,

    Plaintiff(s),

Civil No. 10-1278 (DRD)

RENAISSANCE HOTEL MANAGEMENT
COMPANY LLC; MARRIOTT INTERNATIONAL,
INC., *et al.*,

    Defendant(s).

**JUDGMENT**

Based upon the *Opinion and Order* entered on even date, Docket No. 36, this case is dismissed without prejudice.

This case is now closed for all administrative and statistical purposes.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 26th day of September, 2011.

                      s/Daniel R. Domínguez
                      DANIEL R. DOMINGUEZ
                      U.S. DISTRICT JUDGE